PAULINE DIETER, as Administratrix of the Estate of JOHN DIETER, Deceased, Appellant, *v.* GABRIEL J. ELIAS et al., Respondents.

*Dieter* v. *Elias*, 147 App. Div. 918, affirmed.
(Argued April 3, 1912; decided April 30, 1912.)

APPEAL from a judgment entered November 28, 1911, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendants upon the nonsuit granted by the trial court in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants, his employers.

*Wallace Thayer* and *Fred S. Jackson* for appellant.

*Franklin D. L. Stowe* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.